B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hanover Companies, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**51-0645154** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Mitchell Kahn, as Trustee**<br>**Frontline Real Estate Partners, LLC**<br>**707 Skokie Boulevard, Suite 580**<br>**Northbrook, IL**                    ZIP Code **60062** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."     ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hanover Companies, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hanover Companies, LLC** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ David J. Fischer**
Signature of Attorney for Debtor(s)

**David J. Fischer 813745**
Printed Name of Attorney for Debtor(s)

**Edwards Wildman Palmer LLP**
Firm Name

**225 W. Wacker Drive**
**Chicago, IL 60606**

_____
Address

**312-201-2000  Fax: 312-201-2555**
Telephone Number

**June 20, 2014**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mitchell Kahn**
Signature of Authorized Individual

**Mitchell Kahn**
Printed Name of Authorized Individual

**Trustee with Power of Attorney**
Title of Authorized Individual

**June 20, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 Liquidation |
| HANOVER COMPANIES, LLC,[1] | Case No. 14-_____ |
| Debtor. | Hon. _____ |

**DOCUMENTS FILED IN CONNECTION
WITH THE DEBTOR'S VOLUNTARY CHAPTER 7 PETITION**

| | |
|---|---|
| Rider 1 | Written Consent |
| Rider 2 | Creditor Mailing Matrix |
| Rider 3 | List of Equity Security Holders of the Debtor and Corporate Ownership Statement |
| Rider 4 | Declaration Regarding Electronic Filing |

---

[1]    Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 5154.  The location of the Debtor's address is: c/o Mitchell Kahn, Trustee, Frontline Real Estate Partners, LLC, 707 Skokie Boulevard, Suite 580, Northbrook, Illinois 60062.

## Rider 1

**Written Consent**

**(Attached)**

# HANOVER COMPANIES, LLC

## WRITTEN CONSENT AUTHORIZING CHAPTER 7 FILING

### JUNE 19, 2014

As of this 19th of June, 2014, the Hanover Companies, LLC, a Delaware limited liability company (the "***Company***"), by and through the undersigned, being the trustee (the "***Trustee***") for Company pursuant to that certain *Trust Agreement and Assignment of Assets for the Benefit of Creditors* made and entered into on March 20, 2014 (the "***Trust Agreement***"), does hereby take the following actions and adopt the following resolutions:

WHEREAS, prior to the Company entering into the Trust Agreement, the Company and its management determined that the Company was no longer able to operate on a solvent basis and should wind up its affairs in an orderly and expeditious manner.

WHEREAS, to facilitate the orderly and expeditious wind up of the Company's affairs, on about March 20, 2014, the Company, by and through its Co-Managers Brett Immel and Preston DesPenas, executed the Trust Agreement, naming Mitchell Kahn of Frontline Real Estate Partners, LLC as the Trustee.

WHEREAS the Trust Agreement, among other things, created an express trust of which the Company's creditors are the beneficiaries (as defined in the Trust Agreement, the "***Trust***").

WHEREAS, pursuant to the Section 2.02 of the Trust Agreement, the purpose of the Trust is:

(a) the orderly liquidation of Assets relating to the Debtor; (b) the enforcement and liquidation of any claims, rights, or causes of action relating to (i) any repurchase or redemption of Debtor's stock in violation of applicable state law, (ii) any transfer of property of Debtor that is avoidable by a creditor of Debtor as a fraudulent transfer or otherwise, or (iii) any other specific claims that relate to Debtor that can be asserted by the Trustee as a general claim of the Debtor's estate or otherwise[;] and (c) the distribution of the proceeds of the liquidation of assets, after the payment of administrative fees and costs, to the Beneficiaries under this Agreement in accordance with applicable law."

WHEREAS, also pursuant to Section 2.02 of the Settlement Agreement, the Trustee was nominated and appointed by the Company "to carry out the purpose of this Trust in accordance with its terms and conditions."

WHEREAS, pursuant to Section 3.01 of the Settlement Agreement, the Trustee is obligated to maximize the amount of available cash for distributions to beneficiaries of the Trust.

WHEREAS, pursuant to Section 4.02(d) of the Trust Agreement, the Trustee is authorized "[t]o do and perform any and all other acts necessary and proper for the orderly liquidation or other disposition of the assigned rights, claims, and causes of action."

WHEREAS, pursuant to Section 6.01(b) of the Trust Agreement, the "Debtor shall perform any and all acts reasonably necessary or desirable and property to assist the Trustee in the orderly liquidation of Debtor's assets and the collection of money owed to Debtor."

WHEREAS, pursuant to Section 6.01(e) of the Trust Agreement, the "Debtor shall cooperate in executing any and all documents reasonably requested by the Trustee to effectuate Trustee's performance of his duties under this Trust."

WHEREAS, the Company's managers have resigned their positions with the Company, and there is no person other than the Trustee vested with authority to act for or on behalf of the Company.

WHEREAS, pursuant to Section 6.03 of the Trust Agreement, the Trustee is granted an irrevocable power of attorney, coupled with an interest (the "***Power of Attorney***"), authorizing the Trustee "to execute any and all documents on behalf of the Debtor that Trustee determines to be desirable or necessary, in the Trustee's sole discretion, in performance of Trustee's duties under this Agreement for the purpose of administering this Trust."

WHEREAS, based on the foregoing review, advise, and consideration, the Trustee has concluded that the interests of Company and the beneficiaries of the Trust, being the Company's creditors, would best if the claims and causes of action of the Company were investigated and/or pursued by a trustee appointed under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "***Bankruptcy Code***"), with all the applicable rights and powers afforded such a trustee under the Bankruptcy Code.

WHEREAS, for the foregoing reasons, the Trustee deems it desirable, necessary, and in the best interest of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 7 of the Bankruptcy Code.

WHEREAS, pursuant to the Trust Agreement, the Trustee, has the full authority, in the name and on behalf of the Company, to execute and verify a petition for relief under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois, at such time as said Trustee executing the same shall determine.

WHEREAS, pursuant to the Trust Agreement, the Trustee has the full authority to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which he deems necessary, proper, or desirable in connection with the Company's Chapter 7 case, with a view to the successful filing of the Chapter case.

WHEREAS, pursuant to the Trust Agreement, the Trustee has full authority in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for

approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of the Manager shall be or become necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 7 filing.

WHEREAS, the Company deems it advisable to name the Trustee as an authorized signatory of the Company and to authorize the Trustee to execute any and all documents necessary required to effectuate the purposes of the following resolutions.

NOW THEREFORE, BE IT:

**RESOLVED**, that the Trustee be, and hereby is, authorized to execute any and all documents required to consummate the transactions contemplated herein; and

**FURTHER RESOLVED**, that the Trustee shall be authorized, empowered and directed to execute and verify a petition for relief under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois; and

**FURTHER RESOLVED**, that the Trustee shall be authorized, empowered, and directed to: (a) execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, and other papers; (b) take any and all management action necessary, appropriate, desirable, or proper, to assist the Company in the Chapter 7 case, with a view to the successful prosecution of such Chapter 7 case, including, without limitation, any action necessary to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals (including, without limitation, Edwards Wildman Palmer LLP as restructuring counsel) in carrying out its duties under the provisions of the Bankruptcy Code; and (c) to take and perform any and all further acts and deeds which the Trustee deems necessary, proper, or desirable in connection therewith; and

**FURTHER RESOLVED**, that the Trustee shall be authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals, or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such Trustee shall be or become necessary, proper, and desirable to prosecute to a successful completion the Company's Chapter 7 case consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

**FURTHER RESOLVED**, that the Trustee shall be authorized, empowered, and directed to take any and all other actions as the Trustee deems appropriate to effectuate the purposes of the foregoing resolutions; and

**FURTHER RESOLVED**, that all acts and deeds heretofore done or taken by the Trustee in carrying out the terms and intentions of these resolutions are hereby in all respects ratified, confirmed, and approved.

**FURTHER RESOLVED**, that this consent may be executed in one or more counterparts (including by means of electronically transmitted copies of signature pages), all of which taken together shall constitute one and the same written consent.

[*Intentionally left blank. Signature page follows.*]

**IN WITNESS WHEREOF**, the undersigned has executed this Written Consent in his capacity as the Trustee pursuant to the Trust Agreement and the Power of Attorney with respect to the Company granted thereby, as of the 19th day of June, 2014.

Mitchell Kahn
Not individually, but solely in his capacity as Trustee pursuant to that certain *Trust Agreement and Assignment of Assets for the Benefit of Creditors* dated March 20, 2014, and the Power of Attorney granted by the Company pursuant thereto

## Rider 2

**Creditor Mailing Matrix**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>HANOVER COMPANIES, LLC,[1]<br><br>Debtor. | Chapter 7 Liquidation<br><br>Case No. 14-_____<br><br>Hon. _____ |

## VERIFICATION OF CREDITOR MATRIX

I, Mitchell Kahn, not individually, but solely in his capacity as Trustee pursuant to that certain Trust Agreement and Assignment of Assets for the Benefit of Creditors dated March 20, 2014, and the Power of Attorney granted by the Debtor pursuant thereto, declare under penalty of perjury that I have reviewed the following creditor matrix and that it is true and correct as of the date hereof, to the best of my knowledge, information, and belief.

Dated: June 20, 2014
Chicago, Illinois

By:   */s/Mitchell Kahn*
Name:   Mitchell Kahn
Title:   Not individually, but solely in his capacity as Trustee pursuant to that certain Trust Agreement and Assignment of Assets for the Benefit of Creditors dated March 20, 2014, and the Power of Attorney granted pursuant thereto

---

[1]   Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 5154. The location of the Debtor's address is: c/o Mitchell Kahn, Trustee, Frontline Real Estate Partners, LLC, 707 Skokie Boulevard, Suite 580, Northbrook, Illinois 60062.

(Donald) Mark Taylor
9463 County Road 31
Ashville, AL 35953


Aaron West
119 Hillsmere Dr.
Annapolis, MD 21403


Abdallah Ibrahim
P.O. Box 13018
Dhahran, Saudi Arabia 31311


Advisor Property Mgt - Colin Prest
P.O. Box 33243
Indialantic, FL 32903


Aimee Seiler
7050 Whitneyville Rd.
Alto, MI 49302


Alan M. Morris
1302 Gahant Rd.
Alexandria, VA 22308


Alan Stern
249 South 7th St.
Lindenhurst, NY 11757


Alexander Allen
PO Box 3484
Lagrange, GA 30241


Ana M. Martin
8196 Briefield Cove
Olive Branch, MS 38654


Andrew B. Engel and Betsy L. Engel
19521 Highridge Way
Trabuco Canyon, CA 92679


Angela Fredricksen
10117 SE Sunnyside F318
Clackamas, OR 97015

Annette Hayes
755 Depot Road
Louisa, VA 23093


Annie Lin
6530 Hawaii Kai Drive
Honolulu, HI 96825


Anthony Carbone
12 Old Martin Road
Hopewell Junction, NY 12533


Antonio & Phaun Cordero
492-C Cedar Lane, Suite 330
Teaneck, NJ 07666


Berta Amelia Triveri
4906 Tarheel Way
Annandale, VA 22003


Betty Adler
4615 N. Park Ave., #1605
Chevy Chase, MD 20815


Bill Brennan & Deb Brennan
3024 Orleans Drive
Grand Island, NE 68803


Bonnie & Rasaun Young
15 Hood Court
Hartsdale, NY 10530


Bradley & Rozalyn Anderson
1111 Gilson St.
Madison, WI 53715


Brian & Karen Stewart
2053 N FR 101
Springfield, MO 65802


Brian D. Allen & Marizol Y. Allen
4474 Sarasota Avenue
Yorkville, IL 60560

Bridge Street Advisors, LLC
329 Bridge St.
Philadelphia, PA 18032


Bruce Galien
27726 Stardale Dr.
Santa Clarita, CA 91350


Carl Sternlicht
1 Hewitt Square, Suite 191
East Northport, NY 11731


Carl V. Mullin Jr.
1665 Rosebury Loop
The Villages, FL 32162


Cathrynne Dale
7250 Franklin, #302
Los Angeles, CA 90046


Cenk Acar & Sebnem Eler
40 Marisol
Newport Coast, CA 92657


Chad Doty
808 Westham Pkwy
Richmond, VA 23229


Charlene Schellenberg/Horrizon Trst
2501 Yale Blvd. SE
Suite 304
Albuquerque, NM 87106-4358


Christopher Gyben & Catherine Gyben
9751 Canyon Country Ln
Escondido, CA 92026


Cindy Lou Smith


Cisco, Inc.
1702 Townhurst Dr.
Houston, TX 77043

CKC Rentals, LLC (Charles Cooper)
PO Box 6944
Tamuning, GU 96931


Comcast
P.O. Box 3001
Southeastern, PA 19398


Comed
P.O. Box 6111
Carol Stream, IL 60197


Constance A. Campisi
183 Trimble Rd
Thornton, PA 19373


Constance R. Kvilhaug
P.O. Box 21246
Billings, MT 59104


Craig & Karren Marie Haskell
2247 W. Salem Canal Rd
Payson, UT 84651


D. Kevin Bingel & Carol S. Bingel
7887 Sauer Dr.
Gregory, MI 48137


D. Strittmatter/D. Strittmatter
63 Chardonnay Dr.
Coram, NY 11727


Daniel & Tamara Schuster
910 Mackey St.
Sigourney, IA 52591


Daniel Hollaway
2178 Troon Rd.
Houston, TX 77019


David & Carmela Elston
2743 Pine Heights Dr.
West Bloomfield, MI 48324

David & Sharon Sheridan
23902 Legendary Ln
Katy, TX 77494


David A. Lay & Kimberly D. Lay
1041 Broadway St.
Altamonte Springs, FL 32714


David Hollenbeck & Tammy Hollenbeck
8 Blanchette Court
Marine, IL 62061


David K. George & Katherine Kettle
7100 Twin Oaks Ct.
Mansfield, TX 76063


David Macfarlane
14961 Reflection Key Circle
#424
Fort Myers, FL 33907


David P. Sheridan
3910 Bianca Spring Lane
Katy, TX 77494


David Rooney
140 Sturbridge Lane
Monroe, CT 06468


Debbrah Wolfe
19103 Putting Green Dr.
Humble, TX 77346


Deborah Foster
2107 Old Mountain Rd
Thomasville, NC 27360


Derrick Jones/Ohana Akamai Invests
21 Odyssey Dr.
Tinley Park, IL 60477


Diane Benson
552 Forest Edge Dr.
East Amherst, NY 14051

Dianne S. Reilly
1320 Crescent Lake Drive
Windermere, FL 34786


Dickson Lo
2371 18th Avenue
San Francisco, CA 94116


Dicrescenzo and Company, P.A.
665 SE 10th Street
Suite 201
Deerfield Beach, FL 33441


Diedre Lingenfelter
30563 12th St.
Nuevo, CA 92567


Donald M. & Carolyn B. Pund
3255 Trebol Lane
San Jose, CA 95148


Donald M. Tolimieri
150 E. Robinson St.
Unit 1905
Orlando, FL 32801


Donna J. Krause
1230 Portland Avenue
Saint Paul, MN 55104


Dr. Omotola Jaiyebo
103 Douglas Drive
Township of Washington, NJ 07676


Dr. Paul & Geralyn Bizjak
839 Nautilus Trail
Aurora, OH 44202


Dr. Richard Abe
15940 Rose Ave.
Los Gatos, CA 95030


Duane J. & Lynda Sue Gabriel
8101 W. Van Dorn St.
Lincoln, NE 68532

Edward J. Netzel
1254 S. Mitchell Avenue
Arlington Heights, IL 60005


Edward Mazur
5927 Brookbank Road
Downers Grove, IL 60516


Elisa Horta
27365 Meadowbrook Dr.
Davis, CA 95618


Ethel Halpern
1666 W. Chanticleer Rd.
Anaheim, CA 92802


Ezra Bolds Jr.
13535 Biola Ave.
La Mirada, CA 90638


Frederick Huber Jr./ Jennifer Huber
1000 Washington Ave.
Portland, ME 04103


Garr Roundy
1025 W. 75th North
Clearfield, UT 84015


George Mathew
8112 East Prairie
Skokie, IL 60076


George T. Harris & Holly H. Harris
5784 Bradford Way
Hudson, OH 44236


Gerald Guterman
1721 Breakers West Blvd.
West Palm Beach, FL 33411


Glen Nonemaker
96 Windsor Rd
Cumberland, RI 02864

Glenn M. Ho
793 S. Alu Rd.
Wailuku, HI 96793


Greg C. Harris & Kay B. Harris
1861 Preston Island Circle
Scottsboro, AL 35769


Gregory & Carolyn Krisfalusy
4607 McCoy Avenue
San Jose, CA 95130


Guy Young & Patricia Young
21551 Archer Circle
Huntington Beach, CA 92646


Heather Finley
176 North Union St.
Burlington, VT 05401


Heidi Standard
5646 Liggett Way
Carmichael, CA 95608


Helen Wong
301 Fernwood Drive
San Bruno, CA 94066


Henry Wong
7650 SE 27th St.
Unit 342
Mercer Island, WA 98040


Herbert Mays
6418 County Rd 707
Brazoria, TX 77422


Holly Inman
293 E. Mohawk Dr.
Malvern, OH 44644


Howard Benjamin Steinhoff
7310 Arendt Road
Melvin, MI 48454

Hugh Eugene Baker
10957 W. 31st Ave.
Lakewood, CO 80215


Ines Ayala
4770 Francis Ave.
Chino, CA 91710


Irish Parnters LLC (James Hennessy)
4075 Frances Drive
Delray Beach, FL 33445


J. & G Spielman/New Vision Holdings
41355 North Desert Winds Drive
Cave Creek, AZ 85331


James J. Gittings III
705 Durham Place
Bensalem, PA 19020


James L. Garland
18 Strawberry Lane
Lititz, PA 17543


James Wangler & Sandra Wangler
1188 Brockton St.
El Cajon, CA 92020


Jamie Darbro & Patrick Darbro
3015 Erwin Ave.
Bozeman, MT 59715


Janet Martin
1404 Peacock Blvd.
Oceanside, CA 92056


Janusz & Barbara Bryzek
333 Pali Ct.
Oakland, CA 94611


Jay Vespyck/Ruth Esposito Verspyck
44 Kensington Road
Arlington, MA 02476

Jayvant R. Heera, MD
7 Goldfinch Terrace
East Lyme, CT 06333


Jeffery A. Houk
421 Wild Plum Road
Derby, KS 67037


Jeremy DeLima
370 Lacey Drive
New Milford, NJ 07646


Joana & Samuel Apeatu
116 Drisler Ave.
White Plains, NY 10607


Joe Hollars/Suellen Kotake-Hollars
94-756 Meahale St.
Waipahu, HI 96797


John L. Brewer
6835 West Union Hills Drive
Glendale, AZ 85308


John M. Purdy
4718 Rosinante Rd.
El Paso, TX 79922


John P. Martinez & Linda Martinez
875 Holly Oak Place
Monterey Park, CA 91755


Jonathan Gifford
181 Fieldcrest Ct.
Deatsville, AL 36022


Jonathan M. Gehman
177 Greble Road
Myerstown, PA 17067


Jonathon Jacobs Sr. & Karyn Jacobs
2301 McCart Ave.
La Habra, CA 90631

Jose Diaz & Chris Flester
12012 Lanham Severn Rd.
Bowie, MD 20720


Joseph A. Ieraci
1213 80th Street
Brooklyn, NY 11228


Joseph M. & Beverly A. Cimalore
4690 Fairway Ln
Pinson, AL 35126


Joseph T. Kerin
76 Mill Road Ext.
Woodcliff Lake, NJ 07677


Judith Finnell
1551 6th Ave. Dr. #194
Kingsburg, CA 93631


Julie Anderson
1307 Wide Antler Cove
Cedar Park, TX 78613


Julie Ann Smith
618A Missouri St.
San Francisco, CA 94107


Kathy Giddens
2929 Watson Blvd., Suite 2
Box 196
Warner Robins, GA 31093


Keith A. & Angelia M. St. Gemme
9010 N. 135th E. Ave.
Owasso, OK 74055


Keith Willis & Lorre Askew-Willis
202 East Fairwood Dr.
Chalfont, PA 18914


Keitha M. Russell
1731 W. Kenneth Rd.
Glendale, CA 91201

Kevin Smith
68-37 108th St. Unit 2-F
Forest Hills, NY 11375


Key Real Estate Advisors/Dan Norden
10231 Metro Pkway
Suite 102
Fort Myers, FL 33966


Larry and Diana Elies
612 Halemalu Place
Wailuku, HI 96793


Lawrence Arthur Wolfskill
1905 Avenue Q
Huntsville, TX 77340


Lawrence E. Roel
131 Cragmoor Drive
Roebuck, SC 29376


Leslie Plettner
3250 Wyman Street
Oakland, CA 94619


Linda J. Black
1085 E. East Mountain Dr.
Alpine, UT 84004


Linda Lawson
4070 NE 64th Street
Altoona, IA 50009


Lloyd Makela
8005 Birch St., Apt. 300
Weston, WI 54476


Lori Thomas
30700 East 150th Ave.
Brighton, CO 80603


Malcolm S. & Teresa D. Graham
5143 NE Laurelcrest Ln.
Seattle, WA 98105

Marcus Schellenberg/Horizon Trust
2501 Yale Blvd. SE
Suite 304
Albuquerque, NM 87106-4358


Marilyn S. Barnes
10115 Village Palms Way
Estero, FL 33928


Mark D. Brabrook & Ann E. Tully
1332 Rock Chapel Rd.
Herndon, VA 20170


Mark G. Atkinson
3703 Blue Ridge Road
Raleigh, NC 27612


Mark Rose & Lisa Kemerait
1932 8th Street Lane SE
Hickory, NC 28602


Mary Lou Guptill & Pat Guptill
23502 Big Foote Rd.
Quinn, SD 57775


Mary Osmon Pence
P.O. Box 2266
Oakhurst, CA 93644


Merry S. Tipton
5431 276th Dr.
Arkansas City, KS 67005


Mervin W. Schrag & Shirley Schrag
2 Fairway Dr.
Hesston, KS 67062


Michael & Brenda Harkins
3233 Blue Quail Ln
Bedford, TX 76021


Michael & Lisa Bryzek
334 Oswego Court
West New York, NJ 07093

Michael & Robyne Moore
3050 Armstrong Drive
Corona, CA 92881

Michael E. & Susan Y. Day
19930 NW Wallowa Place
Portland, OR 97229

Michael E. Fiorino
852 Flatbush Ave.
West Hartford, CT 06110-1310

Michael Lehman & Marybeth Lehman
781 White Farm Road
Indiana, PA 15701

Michael Mahoney
10348 Brittenford Dr.
Vienna, VA 22182

Michael Sevier & Meghan Kerner
2005 Farrell Ave. #11
Redondo Beach, CA 90278

Mike Drake
40 Dillard Drive
Kennesaw, GA 30144

Mike Lammon & Shelly Lammon
209 Curley Maple Court
Apex, NC 27502

Mike Wielgus
3972 Cattail Pond Drive
Jacksonville, FL 32224

Mill House Properties/Irene Russell
1720 East Franklin St.
Chapel Hill, NC 27514

Money Show
1258 N. Palm Ave.
Sarasota, FL 34236

Nancy Winkler
1366 Red Bank Drive
Grove City, OH 43123


Patricia Anderson
2796 Cottonwood Lane
Pensacola, FL 32514


Patrick & Jennifer Tierney
10 Northridge Rd.
Flemington, NJ 08822


Paul & Carole Kempf
4935 Rose Ave.
Downers Grove, IL 60515


Paul Bryzek
600 S. Abel St. #102
Milpitas, CA 95035


Paul Deschene
2335 Archdale Road
Reston, VA 20191


Paul M. Zam Jr.
17997 Stony Point Drive
Strongsville, OH 44136


Paula Clair Smith
7901 Seminole Blvd. #1306
Seminole, FL 33772


Peggy H. Augustine
5630 Roaring Branch Rd.
Columbus, GA 31904


Peoples Gas
P.O. Box 19100
Green Bay, WI 54307


Peter (Ed) Razma
39 Ophir Drive
Durango, CO 81301

Phil Ramsey
432 Glen Eagle Ct.
Dakota Dunes, SD 57049


Purnima Mehta
1292 Thorn Valley Ct.
San Jose, CA 95131


Richard Arthur Charles Hibbler
33a Union Road
Clinton, NJ 08809


Richard Bowman
12303 Boneta Cove
Austin, TX 78729


Richard J. Vock & Judith D. Vock
706 Forest View Drive
Verona, WI 53593


Robert D. & Nancy J. Parker
8831 Arcturus Way
San Diego, CA 92126


Robert Mikesell
1465 Winterfield
Kennesaw, GA 30152


Robin Caison
2929 Watson Blvd., Suite 2
Box 196
Warner Robins, GA 31093


Ronald C. Taylor & Terri S. Taylor
1012 Muscadine Vine St.
Crowley, TX 76036


Ronald Keyston & Yvonne Keyston
PO Box 59
Westcliffe, CO 81252


Russ Marzolf
1012 Nutwood Ave.
Fullerton, CA 92831

Russell D. Schrag & Leanne Schrag
2878 E. 2539th Rd.
Marseilles, IL 61341


Russell F. Harris
6040 Jonathans Bay Circle
Fort Myers, FL 33908


Saba McKinley
3553 Atlantic Ave. B-1534
Long Beach, CA 90807


Sean Crook
1022 Calle Venezia
San Clemente, CA 92672


Shereen Mahoney
10348 Brittenford Dr.
Vienna, VA 22182


Sherwood Partners, LLC/Hunter Bost
3104 Surrey Road
Durham, NC 27707


Shyann April Roy & Jesse Paul West
704 Reinicke St.
Houston, TX 77007


Stefan & Shannon Bender
1320 Sylvan Rd.
Lancaster, PA 17601


Stella Maris HOA - John Carr
815 Bald Eagle Drive #201
Marco Island, FL 34145


Stephen (Tony) & Jill Greenberg
5853 Filaree Heights
Malibu, CA 90265


Stephen C. McClure
3810 Ruby Falls Drive
Duluth, GA 30097

Stephen G. & Terrie Gressett
5503 East 118th Street
Tulsa, OK 74137


Stephen H. Neal
2501 Yale Blvd. SE
Suite 340
Albuquerque, NM 87106-4358


Steve & Bobbi Neal
1075 Vance Trail
The Villages, FL 32162


Steve E. Lawrence
6031 McAlester Way
Centreville, VA 20121


Steven & Lisa McMurray
108 Lynber Ln.
Clyde, OH 43410


Steven A. & Maryann Oakes
69 Calhoun Rd.
Pueblo, CO 81001


Steven S. Streetman
10616 Brooks Reserve Rd.
Upper Marlboro, MD 20772


Summer Breeze, LLC
PO Box 161
Millbrook, AL 36054


Thomas & Patricia Knapp
4911 Wycliff Lane
Fairfax, VA 22032-2352


Thomas Maley
1208 Dickenson St.
Missoula, MT 59802


Thomas Sherrill Jr & Janet Sherrill
2134 Emerald Cove Dr.
League City, TX 77573

Tod & Barbara Lynn Johnson
5969 NW Alfalfa Dr.
Portland, OR 97229


Tom Delgado
1101 N. Langham
Covina, CA 91724


Victor R. Butera
10302 Brigade Dr.
Fairfax, VA 22030


Victoria Kanski
330 North Murray Blvd.
Apt. 204
Colorado Springs, CO 80916


Vijay Rao Phooshkooru & Arpitha Rao
3128 Tyler Pkwy
Bismarck, ND 58503


Walter A. Anga
1127 Metcal Place
Escondido, CA 92026


Webster Point Properties
1824 W. Webster Ave.
Chicago, IL 60614


Weinstock and O'Malley
105 White Oak Lane
Old Bridge, NJ 08857

## Rider 3

**List of Equity Security Holders of the Debtor and Corporate Ownership Statement**

**(Attached)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 Liquidation |
| HANOVER COMPANIES, LLC,[1] | Case No. 14-_____ |
| Debtor. | Hon. _____ |

**LIST OF EQUITY SECURITY HOLDERS OF THE DEBTOR
AND CORPORATE OWNERSHIP STATEMENT**

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure, the following are the owners all of the Debtor's equity interests:

| Member | Nature of Interest | Percentage of Interest Held |
|---|---|---|
| Brett Immel | Membership Units | 36.59% |
| Preston DesPenas | Membership Units | 24.39% |
| Gerald Guterman | Membership Units | 39.02% |

I, Mitchell Kahn, not individually, but solely in his capacity as Trustee pursuant to that certain Trust Agreement and Assignment of Assets for the Benefit of Creditors dated March 20, 2014, and the Power of Attorney granted by the Debtor pursuant thereto, declare under penalty of perjury that I have reviewed the forgoing list and that it is true and correct as of the date hereof, to the best of my knowledge, information, and belief.

Dated: June 20, 2014
Chicago, Illinois

By:  */s/Mitchell Kahn*_____
Name:    Mitchell Kahn
Title:    Not individually, but solely in his
capacity as Trustee pursuant to that
certain Trust Agreement and
Assignment of Assets for the Benefit of
Creditors dated March 20, 2014, and the
Power of Attorney granted pursuant
thereto

---

[1]    Pursuant to 11 U.S.C. § 342(c)(1), the last four digits of the Debtor's federal tax identification number are: 5154.  The location of the Debtor's address is: c/o Mitchell Kahn, Trustee, Frontline Real Estate Partners, LLC, 707 Skokie Boulevard, Suite 580, Northbrook, Illinois 60062.

AM 34426822.3

## Rider 4

**Declaration Regarding Electronic Filing**

**(Attached)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| IN RE: | | ) | | | | | |
|---|---|---|---|---|---|---|---|
| | | ) | Chapter **7** | | | | |
| | | ) | Bankruptcy Case No. | | | | |
| | **HANOVER COMPANIES, LLC** | ) | | | | | |
| | Debtor(s) | ) | | | | | |

## DECLARATION REGARDING ELECTRONIC FILING
### (Signed by Debtor's Corporate Representative)
### PETITION AND ACCOMPANYING DOCUMENTS

DECLARATION OF PETITIONER(S)

A.  [To be completed in all cases]

I, **MITCHELL KAHN**, not individually, but solely in my capacity as Trustee pursuant to that certain Trust Agreement and Assignment of Assets for the Benefit of Creditors dated March 20, 2014, and the Power of Attorney granted by the Company pursuant thereto hereby declare under penalty of perjury that (1) the information I have given the debtor's attorney is true and correct; (2) I have reviewed the petition, statements, schedules, and other documents being filed with the petition; and (3) the document's are true and correct.

B.  [To be checked and applicable only if the petition is for a corporation or other limited liability entity.]

I, Mitchell Kahn, the undersigned, not individually, but solely in my capacity as Trustee pursuant to that certain Trust Agreement and Assignment of Assets for the Benefit of Creditors dated March 20, 2014, and the Power of Attorney granted by the Company pursuant thereto, further declare under penalty of perjury that I have been authorized to file this petition on behalf of the debtor.

| | | |
|---|---|---|
| Hanover Companies, LLC<br>Printed or Typed Name of Debtor or Representative | | Printed or Typed Name of Joint Debtor |
| Signature of Debtor or Representative | | Signature of Joint Debtor |
| Mitchell Kahn, not individually, but solely in his capacity as Trustee pursuant to that certain Trust Agreement and Assignment of Assets for the Benefit of Creditors dated March 20, 2014, and the Power of Attorney granted by the Company pursuant thereto | | |
| Date  6/19/2014 | | Date |