**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  HANOVER COMPANIES, LLC

§   Case No. 14-23086
§
§
§

Debtor(s)

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/20/2014. The undersigned trustee was appointed on 06/20/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          54,411.78

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3,592.71 |
| Bank service fees | 2,370.12 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 48,448.95 |

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/26/2014 and the deadline for filing governmental claims was 12/17/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,970.59. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,590.67, for a total compensation of $3,590.67[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $6.04 for total expenses of $6.04[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/13/2017                          By: /s/ Richard M. Fogel
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

**Case No.:** 14-23086

**Case Name:** HANOVER COMPANIES, LLC

**For Period Ending:** 06/13/2017

**Trustee Name:** (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):** 06/20/2014 (f)

**§ 341(a) Meeting Date:** 08/12/2014

**Claims Bar Date:** 11/26/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Potential claims against Brett Immel (u) (u) (See Footnote) | 0.00 | Unknown | | 20,000.00 | FA |
| 2* | Potential claims against Preston Despenas (u) (u) (See Footnote) | 0.00 | Unknown | | 20,000.00 | FA |
| 3* | Potential claims against Gerald Guterman (u) (u) (See Footnote) | 0.00 | Unknown | OA | 0.00 | FA |
| 4 | Unearned retainer- assignee f/b/o creditors (u) (u) | 0.00 | Unknown | | 14,411.78 | FA |
| **4** | **Assets     Totals     (Excluding unknown values)** | **$0.00** | **$0.00** | | **$54,411.78** | **$0.00** |

RE PROP# 1       Settled per o/c 10-29-14

RE PROP# 2       Settled per o/c 10-29-14

RE PROP# 3       Trustee was authorized to abandon Guterman claims per o/c 2-22-17.  Motion to dismiss adversary complaint is scheduled for hearing on 4-6-17.

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case No.:    14-23086

Case Name:    HANOVER COMPANIES, LLC

For Period Ending:    06/13/2017

Trustee Name:    (330720) Richard M. Fogel

Date Filed (f) or Converted (c):    06/20/2014 (f)

§ 341(a) Meeting Date:    08/12/2014

Claims Bar Date:    11/26/2014

**Major Activities Affecting Case Closing:**

3/31/17- One of debtor's principals was indicted on April 14, 2016 in the U.S. District Court for Eastern District of Texas.  Trustee commenced adversary complaint against Gerald Guterman, 16-ap-00308, to avoid fraudulent transfers.  The adversary is pending before Judge Doyle on 4/6/17.  Trustee was authorized to abandon the Guterman claims per o/c 2-22-17 and he has filed a motion to dismiss the adversary complaint.

The estate is administratively insolvent, making substantive consolidation a moot issue, and the Trustee has filed reports of no distribution in the Hanover Services Group LLC, Hanover Management Co. and Patriot Mortgage Fund LLC cases.  The Trustee will file a Final Report after he submits a short year final income tax return for 2017.

3/31/16- Trustee continues to investigate potential claims against insider.  Deposition to be held during week of April 4, 2016 for purpose of determining financial wherewithal of insider to satisfy potential judgment.

Trustee intends to seek substantive consolidation with Hanover Services Group LLC, Hanover Management Co. and Patriot Mortgage Fund LLC after the conclusion of the investigation.

Note:  These cases were filed by Mitchell Kahn, in his capacity as assignee for the benefit of creditors, without schedules or statements of financial affairs in response to allegations by creditors that the debtors had operated a real estate investment scheme.  After consultation with the Office of the U.S. Trustee, the Trustee undertook to administer the estates without those documents.

Initial Projected Date Of Final Report (TFR):    06/30/2017

Current Projected Date Of Final Report (TFR):    12/31/2017

Exhibit B
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 06/13/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/2014 | {4} | FRONTLINE REAL ESTATE PARTNERS LLC fbo MITCHELL KAHN | Turnover of unearned retainer ffrom assignment for benefit of creditors | 1229-000 | 14,411.78 | | 14,411.78 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,401.78 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.09 | 14,379.69 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.37 | 14,358.32 |
| 11/11/2014 | 101 | JPMORGAN CHASE NATIONAL SUBPOENA PROCESSING | Processing fee for debtor's bank records- Case ID SB591772-11 | 2990-000 | | 136.82 | 14,221.50 |
| 11/20/2014 | | ROBBINS, SALOMON & PATT | Settlement of estate claims, per o/c 10-29-14 | 1249-000 | 40,000.00 | | 54,221.50 |
| | {1} | | $20,000.00 | 1249-000 | | | 54,221.50 |
| | {2} | | $20,000.00 | 1249-000 | | | 54,221.50 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.03 | 54,191.47 |

*{} Asset Reference(s)*    **UST Form 101-7-TFR (5/1/2011)**    *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 06/13/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/22/2014 | 102 | JPMORGAN CHASE NATIONAL SUBPOENA PROCESSING | Processing fee for debtor's bank records- Case ID SB599693-11 | 2990-000 | | 154.79 | 54,036.68 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.32 | 53,948.36 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.59 | 53,870.77 |
| 02/11/2015 | 103 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 173.16 | 53,697.61 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.28 | 53,625.33 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.27 | 53,543.06 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.01 | 53,466.05 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.33 | 53,391.72 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.91 | 53,309.81 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.23 | 53,230.58 |
| 08/03/2015 | 104 | ILLINOIS DEPARTMENT OF REVENUE | Estate income tax liability for YE 12/14 EIN: 51-0645154 | 2820-000 | | 578.00 | 52,652.58 |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 06/13/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.40 | 52,579.18 |
| 09/09/2015 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided on 09/09/2015 | | | 62.46 | 52,516.72 |
| 09/09/2015 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided: check issued on 09/09/2015 | | | -62.46 | 52,579.18 |
| 09/10/2015 | 106 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided on 09/10/2015 | 2820-000 | | 62.46 | 52,516.72 |
| 09/10/2015 | 106 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided: check issued on 09/10/2015 | 2820-000 | | -62.46 | 52,579.18 |
| 09/10/2015 | 107 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 | 2820-000 | | 62.46 | 52,516.72 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.63 | 52,436.09 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.42 | 52,360.67 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.80 | 52,287.87 |

Exhibit B
Page: 4

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-23086 |
| **Case Name:** | HANOVER COMPANIES, LLC |
| **Taxpayer ID #:** | **-***5154 |
| **For Period Ending:** | 06/13/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.73 | 52,205.14 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.39 | 52,132.75 |
| 02/17/2016 | 108 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided on 02/17/2016 | 2300-000 | | 48.90 | 52,083.85 |
| 02/17/2016 | 108 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided: check issued on 02/17/2016 | 2300-000 | | -48.90 | 52,132.75 |
| 02/17/2016 | 109 | ARTHUR B. LEVINE COMPANY | Bond Premium #10BSBGR6291 | 2300-000 | | 48.90 | 52,083.85 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.28 | 52,011.57 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.07 | 51,929.50 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.00 | 51,857.50 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.90 | 51,785.60 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.71 | 51,703.89 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.69 | 51,632.20 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.46 | 51,550.74 |

{} Asset Reference(s)        **UST Form 101-7-TFR (5/1/2011)**        ! - transaction has not been cleared

Exhibit B
Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 06/13/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.94 | 51,476.80 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.37 | 51,405.43 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.65 | 51,326.78 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.62 | 51,253.16 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.62 | 51,174.54 |
| 02/06/2017 | 110 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 16.08 | 51,158.46 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.68 | 51,089.78 |
| 03/28/2017 | 111 | Popowcer Katten, Ltd. | Accounting Services per o/c 3-16-17 | 3410-000 | | 1,887.00 | 49,202.78 |
| 03/28/2017 | 112 | Kutchins, Robbins & Diamond, Ltd. | Accounting Services per o/c 3-16-17 | 3410-000 | | 535.50 | 48,667.28 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.93 | 48,591.35 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.63 | 48,525.72 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.77 | 48,448.95 |

*{} Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

## Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-23086 |
| **Case Name:** | HANOVER COMPANIES, LLC |
| **Taxpayer ID #:** | **-***5154 |
| **For Period Ending:** | 06/13/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | 54,411.78 | 5,962.83 | $48,448.95 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 54,411.78 | 5,962.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$54,411.78** | **$5,962.83** | |

*{} Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-23086 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | HANOVER COMPANIES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5154 | **Account #:** | ******6966 Checking Account |
| **For Period Ending:** | 06/13/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6966 Checking Account | $54,411.78 | $5,962.83 | $48,448.95 |
| | **$54,411.78** | **$5,962.83** | **$48,448.95** |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

# Exhibit C

**Case: 14-23086**                     **HANOVER COMPANIES, LLC**

Claims Bar Date: 11/26/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 <3110-000 Attorney for Trustee Fees (Trustee Firm)> , 200 | Administrative 06/09/17 | | $65,134.50 $65,134.50 | $0.00 | $65,134.50 |
| B | Shaw Fishman Glantz & Towbin LLC 321 N. Clark Street Suite 800 Chicago, IL 60654 <3120-000 Attorney for Trustee Expenses (Trustee Firm)> , 200 | Administrative 06/09/17 | | $8,630.20 $8,630.20 | $0.00 | $8,630.20 |
| C | Kutchins, Robbins & Diamond, Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 <3410-000 Accountant for Trustee Fees (Other Firm)> , 200 | Administrative 06/09/17 | | $816.00 $816.00 | $0.00 | $816.00 |
| FEE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2100-000 Trustee Compensation> , 200 | Administrative 07/29/15 | | $5,970.59 $5,970.59 | $0.00 | $5,970.59 |
| TE | Richard M. Fogel 321 N. Clark St. #800 Chicago, IL 60654 <2200-000 Trustee Expenses> , 200 | Administrative 02/17/16 | | $10.04 $10.04 | $0.00 | $10.04 |
| 2 | Mark D. Brabrook, <5600-000 Deposits - § 507(a)(7)> , 540 | Priority 09/22/14 | | $2,700.00 $2,700.00 | $0.00 | $2,700.00 |
| 3P | Daniel Schuster/Tamara Schuster Heslinga Law Office, <5600-000 Deposits - § 507(a)(7)> , 540 | Priority 09/29/14 | | $2,775.00 $2,775.00 | $0.00 | $2,775.00 |

## Exhibit C

## Exhibit C

**Case:** 14-23086                                    **HANOVER COMPANIES, LLC**

Claims Bar Date: 11/26/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27P | Vijay Rao & Arpitha Rao, <5600-000 Deposits - § 507(a)(7)> , 540 | Priority 11/26/14 | | $2,775.00 $2,775.00 | $0.00 | $2,775.00 |
| 31P | Acaret LLC, <5600-000 Deposits - § 507(a)(7)> , 540 | Priority 12/05/14 | | $2,775.00 $2,775.00 | $0.00 | $2,775.00 |
| 1 | Robert D. & Nancy J. Parker, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/19/14 | | $43,242.00 $43,242.00 | $0.00 | $43,242.00 |
| 3U | Daniel Schuster/Tamara Schuster Heslinga Law Office, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 09/29/14 | | $1,279.00 $1,279.00 | $0.00 | $1,279.00 |
| 4 | Heather C Finley, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 10/07/14 | | $62,500.00 $62,500.00 | $0.00 | $62,500.00 |
| 5 | Horizon Trust Company Custodian FBO Roth IRA Mark Rose & Lisa M Kemerait, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/06/14 | | $46,750.00 $46,750.00 | $0.00 | $46,750.00 |
| 6 | Brian & Karin Stewart c/o Charles B Cowherd Spencer Fane Britt & Browne LLP, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/10/14 | | $35,915.00 $35,915.00 | $0.00 | $35,915.00 |
| 7 | CKC Rentals, LLC (Charles Cooper), <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/13/14 | | $123,136.00 $123,136.00 | $0.00 | $123,136.00 |

## Exhibit C

## Exhibit C

**Case: 14-23086**                          **HANOVER COMPANIES, LLC**

Claims Bar Date: 11/26/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Linda Jan Lawson, | Unsecured | | $7,600.00 | $0.00 | $7,600.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/14/14 | | $7,600.00 | | |
| 9 | Horizon Trust Company Custodian FBO Glen F Nonemaker, | Unsecured | | $6,125.00 | $0.00 | $6,125.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/18/14 | | $6,125.00 | | |
| 10 | Florida Skies Investing LLC, | Unsecured | | $1,575.00 | $0.00 | $1,575.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/18/14 | | $1,575.00 | | |
| 11 | Marvin L Schellenberg Horizon Trust Custodian Marvin L Schellenberg, | Unsecured | | $25,085.00 | $0.00 | $25,085.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/19/14 | | $25,085.00 | | |
| 12 | Charlene K Schellenberg Horizon Trust Custodian Charlene K Schellenberg, | Unsecured | | $33,937.03 | $0.00 | $33,937.03 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/19/14 | | $33,937.03 | | |
| 13 | Marvin L Schellenberg Horizon Trust Custodian Marvin L Schellenberg, | Unsecured | | $36,077.38 | $0.00 | $36,077.38 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/19/14 | | $36,077.38 | | |
| 14 | Equity Trust Co Custodian for Betty Adler IRA Betty Adler, | Unsecured | | $129,813.00 | $0.00 | $129,813.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/21/14 | | $129,813.00 | | |
| 15 | SRA Eagle Enterprises Inc Steve E Lawrence, | Unsecured | | $23,703.63 | $0.00 | $23,703.63 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/24/14 | | $23,703.63 | | |

## Exhibit C

## Exhibit C

**Case: 14-23086**                           **HANOVER COMPANIES, LLC**

Claims Bar Date: 11/26/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 16 | Horizon Trust Company (CSTN) FBO Leslie A Plettner Roth IRA Leslie Plettner, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/24/14 | | $80,402.50 $80,402.50 | $0.00 | $80,402.50 |
| 17 | Keith and Lorre Willis, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/24/14 | | $14,000.00 $14,000.00 | $0.00 | $14,000.00 |
| 18 | David K George, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/24/14 | | $14,682.51 $14,682.51 | $0.00 | $14,682.51 |
| 19 | David K. George & Katherine Kettle, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/24/14 | | $16,207.76 $16,207.76 | $0.00 | $16,207.76 |
| 20 | David Keith George IRA Katherine Denise Kettle IRA, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/24/14 | | $4,361.20 $4,361.20 | $0.00 | $4,361.20 |
| 21 | Dickson Lo, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/25/14 | | $87,050.00 $87,050.00 | $0.00 | $87,050.00 |
| 22 | ETC Custodian FBO Shereen E Mahoney IRA, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/25/14 | | $47,000.00 $47,000.00 | $0.00 | $47,000.00 |
| 23 | ETC Custodian FBO Michael A Mahoney IRA, <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 11/25/14 | | $54,480.00 $54,480.00 | $0.00 | $54,480.00 |

**UST Form 101-7-TFR (5/1/2011)**

## Exhibit C

## Exhibit C

**Case: 14-23086**                                          **HANOVER COMPANIES, LLC**

Claims Bar Date: 11/26/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 24 | ETC Custodian FBO Michael A Mahoney IRA, | Unsecured | | $47,000.00 | $0.00 | $47,000.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/25/14 | | $47,000.00 | | |
| 25 | Horizon Trust Company (CSTN) FBO Heidi Standard IRA, | Unsecured | | $35,267.00 | $0.00 | $35,267.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/25/14 | | $35,267.00 | | |
| 26 | Equity Trust Co Custodian FBO, | Unsecured | | $29,328.00 | $0.00 | $29,328.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/25/14 | | $29,328.00 | | |
| 27U | Vijay Rao & Arpitha Rao, | Unsecured | | $23,451.62 | $0.00 | $23,451.62 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/26/14 | | $23,451.62 | | |
| 28 | Linda J Black Traditional IRA 403167 c/o Equity Institutional, | Unsecured | | $19,309.00 | $0.00 | $19,309.00 |
| | <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | 11/26/14 | | $19,309.00 | | |
| 29 | Nancy Ann Winkler, | Unsecured | | $2,691.48 | $0.00 | $2,691.48 |
| | <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | 12/01/14 | | $2,691.48 | | |
| 30 | Linda Jan Lawson, | Unsecured | | $7,600.00 | $0.00 | $7,600.00 |
| | <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | 12/01/14 | | $7,600.00 | | |
| 31U | Acaret LLC, | Unsecured | | $4,184.00 | $0.00 | $4,184.00 |
| | <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | 12/05/14 | | $4,184.00 | | |

## Exhibit C

## Exhibit C

Case: **14-23086**                                    **HANOVER COMPANIES, LLC**

Claims Bar Date: 11/26/14

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 32 | Department of Treasury-Internal Revenue Service, <7200-000 Section 726(a)(3) Tardily Filed General Unsecured Claims> , 620 | Unsecured 12/30/15 | | $127.88 $127.88 | $0.00 | $127.88 |

|  |  |  |  | Case Total: | $0.00 | $1,155,467.32 |
|---|---|---|---|---|---|---|

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-23086
Case Name: HANOVER COMPANIES, LLC
Trustee Name: Richard M. Fogel

**Balance on hand:**        $            48,448.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | None | | | | |

Total to be paid to secured creditors:        $            0.00
Remaining balance:                            $            48,448.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 5,970.59 | 0.00 | 3,590.67 |
| Trustee, Expenses - Richard M. Fogel | 10.04 | 0.00 | 6.04 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 65,134.50 | 0.00 | 39,171.38 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 8,630.20 | 0.00 | 5,190.13 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 816.00 | 0.00 | 490.73 |

Total to be paid for chapter 7 administrative expenses:        $            48,448.95
Remaining balance:                                            $            0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:        $            0.00
Remaining balance:                                                $            0.00

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $11,025.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Mark D. Brabrook | 2,700.00 | 0.00 | 0.00 |
| 3P | Daniel Schuster/Tamara Schuster Heslinga Law Office | 2,775.00 | 0.00 | 0.00 |
| 27P | Vijay Rao & Arpitha Rao | 2,775.00 | 0.00 | 0.00 |
| 31P | Acaret LLC | 2,775.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,049,277.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robert D. & Nancy J. Parker | 43,242.00 | 0.00 | 0.00 |
| 3U | Daniel Schuster/Tamara Schuster Heslinga Law Office | 1,279.00 | 0.00 | 0.00 |
| 4 | Heather C Finley | 62,500.00 | 0.00 | 0.00 |
| 5 | Horizon Trust Company Custodian FBO Roth IRA Mark Rose & Lisa M Kemerait | 46,750.00 | 0.00 | 0.00 |
| 6 | Brian & Karin Stewart c/o Charles B Cowherd Spencer Fane Britt & Browne LLP | 35,915.00 | 0.00 | 0.00 |
| 7 | CKC Rentals, LLC (Charles Cooper) | 123,136.00 | 0.00 | 0.00 |
| 8 | Linda Jan Lawson | 7,600.00 | 0.00 | 0.00 |
| 9 | Horizon Trust Company Custodian FBO Glen F Nonemaker | 6,125.00 | 0.00 | 0.00 |
| 10 | Florida Skies Investing LLC | 1,575.00 | 0.00 | 0.00 |
| 11 | Marvin L Schellenberg Horizon Trust Custodian Marvin L Schellenberg | 25,085.00 | 0.00 | 0.00 |
| 12 | Charlene K Schellenberg Horizon Trust Custodian Charlene K Schellenberg | 33,937.03 | 0.00 | 0.00 |
| 13 | Marvin L Schellenberg Horizon Trust Custodian Marvin L Schellenberg | 36,077.38 | 0.00 | 0.00 |
| 14 | Equity Trust Co Custodian for Betty Adler IRA Betty Adler | 129,813.00 | 0.00 | 0.00 |
| 15 | SRA Eagle Enterprises Inc Steve E Lawrence | 23,703.63 | 0.00 | 0.00 |
| 16 | Horizon Trust Company (CSTN) FBO Leslie A Plettner Roth IRA Leslie Plettner | 80,402.50 | 0.00 | 0.00 |
| 17 | Keith and Lorre Willis | 14,000.00 | 0.00 | 0.00 |
| 18 | David K George | 14,682.51 | 0.00 | 0.00 |
| 19 | David K. George & Katherine Kettle | 16,207.76 | 0.00 | 0.00 |
| 20 | David Keith George IRA Katherine Denise Kettle IRA | 4,361.20 | 0.00 | 0.00 |
| 21 | Dickson Lo | 87,050.00 | 0.00 | 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | ETC Custodian FBO Shereen E Mahoney IRA | 47,000.00 | 0.00 | 0.00 |
| 23 | ETC Custodian FBO Michael A Mahoney IRA | 54,480.00 | 0.00 | 0.00 |
| 24 | ETC Custodian FBO Michael A Mahoney IRA | 47,000.00 | 0.00 | 0.00 |
| 25 | Horizon Trust Company (CSTN) FBO Heidi Standard IRA | 35,267.00 | 0.00 | 0.00 |
| 26 | Equity Trust Co Custodian FBO | 29,328.00 | 0.00 | 0.00 |
| 27U | Vijay Rao & Arpitha Rao | 23,451.62 | 0.00 | 0.00 |
| 28 | Linda J Black Traditional IRA 403167 c/o Equity Institutional | 19,309.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ _____ 0.00

Remaining balance:  $ _____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $14,603.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Nancy Ann Winkler | 2,691.48 | 0.00 | 0.00 |
| 30 | Linda Jan Lawson | 7,600.00 | 0.00 | 0.00 |
| 31U | Acaret LLC | 4,184.00 | 0.00 | 0.00 |
| 32 | Department of Treasury-Internal Revenue Service | 127.88 | 0.00 | 0.00 |

Total to be paid for tardily filed general unsecured claims:  $ _____ 0.00

Remaining balance:  $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims:  $ _____ 0.00

Remaining balance:  $ _____ 0.00