UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 14-23086 |
| | ) | Chapter 7 |
| Hanover Companies, LLC, | ) | Judge Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor | ) | |

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
(Appendix to Rule 607)

Name of Applicant:      <u>Kutchins, Robbins & Diamond, Ltd.</u>

Authorized to Provide
Professional Services to:      <u>Richard M. Fogel, Trustee</u>

Date of Order Authorizing Employment:<u> January 28, 2015</u>

Period for Which
Compensation is Sought: <u>May 22 – May 23, 2017</u>

Amount of Fees Sought: $      <u>816.00</u>

Amount of Expense
Reimbursement Sought:  $      <u>0.00</u>

This is an: Interim Application__ Final Application <u>XX</u>

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Amount Disallowed |
|---|---|---|---|---|
| 02/21/17 | 03/13/15 – 02/09/17 | $2,422.50 | $2,422.50 | $0.00 |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:  $<u>   2,422.50</u>

Dated: June 19, 2017                                    Kutchins, Robbins & Diamond, Ltd.

By: <u>/s/ Richard M. Fogel</u>

(Local Bankruptcy Rules as adopted 24 June 1994: Page 106)

{11728-001 MSC A0458467.DOC}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Case No. 14-23086 |
| HANOVER COMPANIES, LLC, ) | Hon. Carol A. Doyle |
| ) | |
| ) | |
| Debtor. ) | |

## FINAL APPLICATION OF KUTCHINS, ROBBINS & DIAMOND, LTD. FOR ALLOWANCE AND PAYMENT OF COMPENSATION

Kutchins, Robbins & Diamond, Ltd. ("KRD"), the accountants for Richard M. Fogel, the Chapter 7 trustee (the "Trustee") for the estate of Hanover Companies, LLC (the "Debtor"), submits this final application (the "Application") seeking allowance and payment of compensation pursuant to 11 U.S.C. §§ 330, 331 and 503(b). In support of this Application, KRD states as follows:

### BACKGROUND

1. On June 20, 2014 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code in this court and the Trustee was appointed as the Chapter 7 trustee for the Debtor's estate (the "Estate").

2. The Trustee settled claims against the Debtor's owners pursuant to order of Court dated October 29, 2014 for the benefit of the Estate. Thereafter, the Trustee conducted a further investigation of the Debtor's financial affairs and commenced an adversary complaint against a former owner of the Debtor.

3. The Trustee has been required to file federal and state income tax returns for the Debtor's estate for the years 2014, 2015, 2016 and 2017.

{10947-001 APPL A0473776.DOC}

Case 14-23086    Doc 62    Filed 06/19/17    Entered 06/19/17 08:01:14    Desc Main
Document    Page 3 of 8

4.  On January 28, 2015, the Trustee was authorized to retain Lois West and the accounting firm of Popowcer Katten, Ltd. ("PK") to perform accounting services for the benefit of the estate.

5.  On January 1, 2017, PK merged with KRD and the combined firms now operate as KRD.

6.  On March 16, 2017, the Trustee was authorized to pay interim compensation to PK and KRD for the preparation of the 2014, 2015 and 2016 income tax returns.

7.  During the period of May 22, 2017 through May 23, 2017 (the "Application Period"), KRD performed the following tasks in connection with the Trustee's administration of this case:

    (a)  Prepared final federal and state income tax returns for the Debtor's estate for the tax year ending April 30, 2017.

## REQUESTED FEES

8.  KRD has provided valuable legal services to the Trustee and the Debtor's estate during the Application Period. Pursuant to sections 330 of the Bankruptcy Code, KRD requests the allowance and payment of fees in the amount of $816.00 for their services, no amount of which has been previously paid.

9.  The following professional(s) rendered services during the Application Period at usual and customary rates for matters of this nature:

| Professional | Hours Charged | Hourly Rate | Total Amount |
|---|---|---|---|
| L. West | 3.20 | 255 | $816.00 |
|  |  |  |  |

Attached to this Application as <u>Exhibit A</u> is a detailed statement of the services rendered by KRD on behalf the Trustee during the Application Period. The statement contains a description

of the particular services rendered and the amounts of time spent thereon at the current billing rates of KRD's professional(s) set forth above.

10. Given the criteria set forth in 11 U.S.C. § 330, namely (i) the nature, extent and value of the services, (ii) the time spent, (iii) the rates charged for such services, (iv) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed, and (v) the reasonableness of the services based on the compensation charged by comparably skilled professionals inside and outside of the bankruptcy context, KRD respectfully submit that their fees represent a fair and reasonable amount for the allowance of final compensation in this case.

## NO CONFLICTS OR SHARING AGREEMENT

11. No agreement or understanding between KRD and any third party exists for the purpose of sharing the compensation received for services rendered to the Trustee in connection with the Cases.

12. KRD has not represented or held an interest adverse to the Trustee and is a "disinterested person" as defined in section 101(4) of the Bankruptcy Code.

## NOTICE

13. A notice of the hearing on the Application was served on all parties that have requested notice in the Case and on all creditors that have filed proofs of claim with the U.S. Bankruptcy Court.

WHEREFORE, PK requests the entry of an order that:

(a) allows and grants the Trustee authority to pay KRD $816.00 as final compensation for services rendered during the Application Period;

    (b)    waives other and further notice of this hearing with respect to this Application; and

    (c)    grants KRD such additional relief as may be appropriate under the circumstances.

Respectfully submitted,

KUTCHINS, ROBBINS & DIAMOND, LTD.

Dated: June 12, 2017    By:  /s/ Richard M. Fogel
        Richard M. Fogel, Trustee

Richard M. Fogel (#3127114)
Shaw Fishman Glantz & Towbin LLC
321 North Clark St., Suite 800
Chicago, IL 60654
P: (312) 541-0151

{10947-001 APPL A0473776.DOC}    4

# EXHIBIT A

{10947-001 APPL A0473776.DOC}



**Kutchins, Robbins & Diamond, Ltd.**
1101 Perimeter Drive, Suite 760
Schaumburg, Illinois 60173

Phone: (847) 240-1040
Fax: (847) 240-1055

www.krdcpas.com
rsandfox@krdcpas.com

| Invoice #: | 79184 | Date: | 05/31/17 |
|---|---|---|---|
| Amount: | $816.00 | Due: | 06/30/17 |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Invoices | 816.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| **Amount Due** | **$816.00** |

Hanover Companies LLC (14-23086)
c/o R. Fogel, Trustee
321 N. Clark Street, Suite. 800
Chicago, IL  60654

All work performed per the attached detail.



Please return this portion with payment. Thank you for your prompt payment.

| Invoice #: 79184 | Amount Due: $816.00 | ID: 13230 |
|---|---|---|
| Date: 05/31/2017 | Payment Amount: $_____ | Hanover Companies LLC (14-23086) |
| Due Date: 06/30/2017 | Payment Type:  ☐ Check  ☐ Credit Card | |

Net 30. If we have not received your payment within 30 days a service charge may be assessed at an annual rate of 18%.

Card Type: _____
Card #: _____
Exp Date: _____
3 or 4 Digit Code: _____
Signature: _____
Billing Address (if different than above): _____

VISA  MasterCard  DISCOVER  [AmEx]

Please make checks payable to Kutchins, Robbins & Diamond, Ltd.

| DATE | STAFF | HOURS | RATE | BILLED | ACTIVITY | DESCRIPTION OF WORK PERFORMED |
|------|-------|-------|------|--------|----------|-------------------------------|
| For Client: Hanover Companies LLC (14-23086) | | | | | | 816.00 |
| 05/22/2017 | LLW | 2.90 | 255.00 | 739.50 | Preparation | Tax Return Preparation - Prepare workpapers and federal and state corporate income tax returns for final period ended 4/30/17 - forms 1065 and IL-1065. Draft statement for attachment to returns re: bankruptcy filing. |
| 05/23/2017 | LLW | 0.30 | 255.00 | 76.50 | Review | Final Review - check assembly and sign returns for final period ended 4/30/17 - forms 1065 and IL-1065. |

| Billed Amount | $816.00 |
|---------------|---------|
| Invoice Total | $816.00 |