## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14-23086 |
| | ) | |
| Hanover Companies, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on June 20, 2017, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{10947-001 CER A0474330.DOC}

## Mailing Information for Case 14-23086

### Electronic Mail Notice List

- Terence G Banich    tbanich@shawfishman.com, kbobb@shawfishman.com
- Robert M Fishman    rfishman@shawfishman.com, kjanecki@shawfishman.com
- Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
- Allison Hudson    ahudson@shawfishman.com, lgonzalez@shawfishman.com
- Steve Jakubowski    sjakubowski@rsplaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Kyle A Lindsey    klindsey@jnlegal.net, cjohnson@jnlegal.net
- Clay Mosberg    cmosberg@fallaw.com, tgirard@fallaw.com;mpost@fallaw.com;bk@blittandgaines.com;bneubauer@fallaw.com
- Phillip W. Nelson    phillip.nelson@lockelord.com, karen.soto@lockelord.com;ChicagoDocket@lockelord.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com

### Manual Notice List (Via U.S. Mail):

Robert D. & Nancy J. Parker
8831 Arcturus Way
San Diego, CA 92126

Mark D. Brabrook
1332 Rock Chapel Road
Herndon, VA 20170

Daniel Schuster/Tamara Schuster
Heslinga Law Office
118 North Market
Oskalooa, IA 52577

Heather C Finley
PO Box 33
Essex Junction, VT 05453

CKC Rentals, LLC (Charles Cooper)
PO Box 6944
Tamuning, GU 96931

Horizon Trust Company
Custodian FBO Roth IRA
Mark Rose & Lisa M Kemerait
1932 8th Street LN SE
Hickory, NC 28602

Brian & Karin Stewart
c/o Charles B Cowherd
Spencer Fane Britt & Browne LLP
3259 E Ridgeview St
Springfield, MO 65804

Linda Jan Lawson
4070 NE 64th St
Altoona, IA 50009

Horizon Trust Company Custodian
FBO Glen F Nonemaker
96 Windsong Rd
Cumberland, RI 02864

{10947-001 CER A0474330.DOC}

Florida Skies Investing LLC
P O Box 59
Westcliffe, CO 81252

Marvin L Schellenberg Horizon Trust Custodian
Marvin L Schellenberg
6522 Suson Oaks Dr
St Louis, MO 63128

Charlene K Schellenberg Horizon Trust
Custodian
Charlene K Schellenberg
6522 Suson Oaks Dr
St Louis, MO 63128

Equity Trust Co Custodian for Betty Adler IRA
Betty Adler
4615 North Park Avenue Apt 1605
Chevy Chase, MD 20815

SRA Eagle Enterprises Inc
Steve E Lawrence
6031 McAlester Way
Centerville, VA 20121

Horizon Trust Company (CSTN) FBO
Leslie A Plettner Roth IRA
Leslie Plettner
3250 Wyman St
Oakland, CA 94619

Keith and Lorre Willis
202 East Fairwood Dr
Chalfont, PA 18914

David K. George & Katherine Kettle
7100 Twin Oaks Ct.
Mansfield, TX 76063

Dickson Lo
2371 18th Ave
San Francisco, CA 94116

ETC Custodian FBO Shereen E Mahoney IRA
10348 Brittenford Drive
Vienna, VA 22182

ETC Custodian FBO Michael A Mahoney IRA
10348 Brittenford Drive
Vienna, VA 22182

Horizon Trust Company (CSTN) FBO
Heidi Standard IRA
5646 Liggett Way
Carmichael, CA 95608

Equity Trust Co Custodian FBO
Alan M Morris/Z135228
Alan Morris
1302 Gahant Road
Alexandria, VA 22308

Vijay Rao & Arpitha Rao
1501 Mutineer Place
Bismark, ND 58504

Linda J Black Traditional IRA 403167
c/o Equity Institutional
1085 East Mountain Dr
Alpine, UT 84004

Nancy Ann Winkler
1366 Red Bank Dr
Grove City, OH 43123

Linda Lawson
4070 NE 64th Street
Altoona, IA 50009

Acaret LLC
12 Old Martin Rd
Hopewell Jct, NY 12533

Department of Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114