# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: HANOVER COMPANIES, LLC     §    Case No. 14-23086

           §

           §

           §

       Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $54,411.78 | |

3) Total gross receipts of $54,411.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $54,411.78 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $86,524.16 | $86,524.16 | $54,411.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $11,025.00 | $11,025.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $1,063,880.99 | $1,063,880.99 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,161,430.15 | $1,161,430.15 | $54,411.78 |

4) This case was originally filed under chapter 7 on 06/20/2014.  The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   08/07/2017                    By: /s/ Richard M. Fogel
                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential claims against Preston Despenas (u) | 1249-000 | $20,000.00 |
| Unearned retainer- assignee f/b/o creditors (u) | 1229-000 | $14,411.78 |
| Potential claims against Brett Immel (u) | 1249-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$54,411.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $5,970.59 | $5,970.59 | $3,590.67 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $10.04 | $10.04 | $6.04 |
| Attorney for Trustee Fees - Shaw Fishman Glantz & Towbin LLC | 3110-000 | NA | $65,134.50 | $65,134.50 | $39,171.38 |
| Attorney for Trustee, Expenses - Shaw Fishman Glantz & Towbin LLC | 3120-000 | NA | $8,630.20 | $8,630.20 | $5,190.13 |
| Bond Payments - ARTHUR B. LEVINE COMPANY | 2300-000 | NA | $48.90 | $48.90 | $48.90 |
| Bond Payments - Arthur B. Levine Company | 2300-000 | NA | $173.16 | $173.16 | $173.16 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $16.08 | $16.08 | $16.08 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $2,370.12 | $2,370.12 | $2,370.12 |
| Other State or Local Taxes (post-petition) - ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | $640.46 | $640.46 | $640.46 |
| Other Chapter 7 Administrative Expenses - JPMORGAN CHASE NATIONAL SUBPOENA PROCESSING | 2990-000 | NA | $291.61 | $291.61 | $291.61 |
| Accountant for Trustee Fees (Other Firm) - Kutchins, Robbins & Diamond, Ltd. | 3410-000 | NA | $1,351.50 | $1,351.50 | $1,026.23 |
| Accountant for Trustee Fees (Other Firm) - Popowcer Katten, Ltd. | 3410-000 | NA | $1,887.00 | $1,887.00 | $1,887.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$86,524.16** | **$86,524.16** | **$54,411.78** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Mark D. Brabrook | 5600-000 | NA | $2,700.00 | $2,700.00 | $0.00 |
| 3P | Daniel Schuster/Tamara Schuster Heslinga Law Office | 5600-000 | NA | $2,775.00 | $2,775.00 | $0.00 |
| 27P | Vijay Rao & Arpitha Rao | 5600-000 | NA | $2,775.00 | $2,775.00 | $0.00 |
| 31P | Acaret LLC | 5600-000 | NA | $2,775.00 | $2,775.00 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$11,025.00** | **$11,025.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Robert D. & Nancy J. Parker | 7100-000 | NA | $43,242.00 | $43,242.00 | $0.00 |
| 3U | Daniel Schuster/Tamara Schuster Heslinga Law Office | 7100-000 | NA | $1,279.00 | $1,279.00 | $0.00 |
| 4 | Heather C Finley | 7100-000 | NA | $62,500.00 | $62,500.00 | $0.00 |
| 5 | Horizon Trust Company Custodian FBO Roth IRA Mark Rose & Lisa M Kemerait | 7100-000 | NA | $46,750.00 | $46,750.00 | $0.00 |
| 6 | Brian & Karin Stewart c/o Charles B Cowherd Spencer Fane Britt & Browne LLP | 7100-000 | NA | $35,915.00 | $35,915.00 | $0.00 |
| 7 | CKC Rentals, LLC (Charles Cooper) | 7100-000 | NA | $123,136.00 | $123,136.00 | $0.00 |
| 8 | Linda Jan Lawson | 7100-000 | NA | $7,600.00 | $7,600.00 | $0.00 |
| 9 | Horizon Trust Company Custodian FBO Glen F Nonemaker | 7100-000 | NA | $6,125.00 | $6,125.00 | $0.00 |
| 10 | Florida Skies Investing LLC | 7100-000 | NA | $1,575.00 | $1,575.00 | $0.00 |
| 11 | Marvin L Schellenberg Horizon Trust Custodian Marvin L Schellenberg | 7100-000 | NA | $25,085.00 | $25,085.00 | $0.00 |
| 12 | Charlene K Schellenberg Horizon Trust Custodian Charlene K Schellenberg | 7100-000 | NA | $33,937.03 | $33,937.03 | $0.00 |

| 13 | Marvin L Schellenberg Horizon Trust Custodian Marvin L Schellenberg | 7100-000 | NA | $36,077.38 | $36,077.38 | $0.00 |
| 14 | Equity Trust Co Custodian for Betty Adler IRA Betty Adler | 7100-000 | NA | $129,813.00 | $129,813.00 | $0.00 |
| 15 | SRA Eagle Enterprises Inc Steve E Lawrence | 7100-000 | NA | $23,703.63 | $23,703.63 | $0.00 |
| 16 | Horizon Trust Company (CSTN) FBO Leslie A Plettner Roth IRA Leslie Plettner | 7100-000 | NA | $80,402.50 | $80,402.50 | $0.00 |
| 17 | Keith and Lorre Willis | 7100-000 | NA | $14,000.00 | $14,000.00 | $0.00 |
| 18 | David K George | 7100-000 | NA | $14,682.51 | $14,682.51 | $0.00 |
| 19 | David K. George & Katherine Kettle | 7100-000 | NA | $16,207.76 | $16,207.76 | $0.00 |
| 20 | David Keith George IRA Katherine Denise Kettle IRA | 7100-000 | NA | $4,361.20 | $4,361.20 | $0.00 |
| 21 | Dickson Lo | 7100-000 | NA | $87,050.00 | $87,050.00 | $0.00 |
| 22 | ETC Custodian FBO Shereen E Mahoney IRA | 7100-000 | NA | $47,000.00 | $47,000.00 | $0.00 |
| 23 | ETC Custodian FBO Michael A Mahoney IRA | 7100-000 | NA | $54,480.00 | $54,480.00 | $0.00 |
| 24 | ETC Custodian FBO Michael A Mahoney IRA | 7100-000 | NA | $47,000.00 | $47,000.00 | $0.00 |
| 25 | Horizon Trust Company (CSTN) FBO Heidi Standard IRA | 7100-000 | NA | $35,267.00 | $35,267.00 | $0.00 |
| 26 | Equity Trust Co Custodian FBO | 7100-000 | NA | $29,328.00 | $29,328.00 | $0.00 |
| 27U | Vijay Rao & Arpitha Rao | 7100-000 | NA | $23,451.62 | $23,451.62 | $0.00 |
| 28 | Linda J Black Traditional IRA 403167 c/o Equity Institutional | 7100-000 | NA | $19,309.00 | $19,309.00 | $0.00 |

| 29 | Nancy Ann Winkler | 7200-000 | NA | $2,691.48 | $2,691.48 | $0.00 |
|---|---|---|---|---|---|---|
| 30 | Linda Jan Lawson | 7200-000 | NA | $7,600.00 | $7,600.00 | $0.00 |
| 31U | Acaret LLC | 7200-000 | NA | $4,184.00 | $4,184.00 | $0.00 |
| 32 | Department of Treasury-Internal Revenue Service | 7200-000 | NA | $127.88 | $127.88 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$1,063,880.99** | **$1,063,880.99** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  1

Case No.:   14-23086

Case Name:   HANOVER COMPANIES, LLC

**For Period Ending:**    08/07/2017

Trustee Name:    (330720) Richard M. Fogel

Date Filed (f) or Converted (c):   06/20/2014 (f)

§ 341(a) Meeting Date:   08/12/2014

Claims Bar Date:   11/26/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Potential claims against Brett Immel (u) (u) (See Footnote) | 0.00 | Unknown | | 20,000.00 | FA |
| 2* | Potential claims against Preston Despenas (u) (u) (See Footnote) | 0.00 | Unknown | | 20,000.00 | FA |
| 3* | Potential claims against Gerald Guterman (u) (u) (See Footnote) | 0.00 | Unknown | OA | 0.00 | FA |
| 4 | Unearned retainer- assignee f/b/o creditors (u) (u) | 0.00 | Unknown | | 14,411.78 | FA |
| **4** | **Assets        Totals**    (Excluding unknown values) | **$0.00** | **$0.00** | | **$54,411.78** | **$0.00** |

RE PROP# 1        Settled per o/c 10-29-14

RE PROP# 2        Settled per o/c 10-29-14

RE PROP# 3        Trustee was authorized to abandon Guterman claims per o/c 2-22-17.  Motion to dismiss adversary complaint is scheduled for hearing on 4-6-17.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page:  2

**Case No.:**    14-23086

**Case Name:**    HANOVER COMPANIES, LLC

**For Period Ending:**    08/07/2017

**Trustee Name:**    (330720) Richard M. Fogel

**Date Filed (f) or Converted (c):**    06/20/2014 (f)

**§ 341(a) Meeting Date:**    08/12/2014

**Claims Bar Date:**    11/26/2014

**Major Activities Affecting Case Closing:**

3/31/17- One of debtor's principals was indicted on April 14, 2016 in the U.S. District Court for Eastern District of Texas.  Trustee commenced adversary complaint against Gerald Guterman, 16-ap-00308, to avoid fraudulent transfers.  The adversary is pending before Judge Doyle on 4/6/17.  Trustee was authorized to abandon the Guterman claims per o/c 2-22-17 and he has filed a motion to dismiss the adversary complaint.

The estate is administratively insolvent, making substantive consolidation a moot issue, and the Trustee has filed reports of no distribution in the Hanover Services Group LLC, Hanover Management Co. and Patriot Mortgage Fund LLC cases.  The Trustee will file a Final Report after he submits a short year final income tax return for 2017.

3/31/16- Trustee continues to investigate potential claims against insider.  Deposition to be held during week of April 4, 2016 for purpose of determining financial wherewithal of insider to satisfy potential judgment.

Trustee intends to seek substantive consolidation with Hanover Services Group LLC, Hanover Management Co. and Patriot Mortgage Fund LLC after the conclusion of the investigation.

Note:  These cases were filed by Mitchell Kahn, in his capacity as assignee for the benefit of creditors, without schedules or statements of financial affairs in response to allegations by creditors that the debtors had operated a real estate investment scheme.  After consultation with the Office of the U.S. Trustee, the Trustee undertook to administer the estates without those documents.

**Initial Projected Date Of Final Report (TFR):**        06/30/2017

**Current Projected Date Of Final Report (TFR):**        06/16/2017 (Actual)

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 08/07/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/2014 | {4} | FRONTLINE REAL ESTATE PARTNERS LLC fbo MITCHELL KAHN | Turnover of unearned retainer ffrom assignment for benefit of creditors | 1229-000 | 14,411.78 | | 14,411.78 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 14,401.78 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.09 | 14,379.69 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.37 | 14,358.32 |
| 11/11/2014 | 101 | JPMORGAN CHASE NATIONAL SUBPOENA PROCESSING | Processing fee for debtor's bank records- Case ID SB591772-11 | 2990-000 | | 136.82 | 14,221.50 |
| 11/20/2014 | | ROBBINS, SALOMON & PATT | Settlement of estate claims, per o/c 10-29-14 | | 40,000.00 | | 54,221.50 |
| | {1} | | | 1249-000 $20,000.00 | | | 54,221.50 |
| | {2} | | | 1249-000 $20,000.00 | | | 54,221.50 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.03 | 54,191.47 |

{} Asset Reference(s)        **UST Form 101-7-TDR ( 10 /1/2010)**                                        ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-23086 |
| **Case Name:** | HANOVER COMPANIES, LLC |
| **Taxpayer ID #:** | **-***5154 |
| **For Period Ending:** | 08/07/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/22/2014 | 102 | JPMORGAN CHASE NATIONAL SUBPOENA PROCESSING | Processing fee for debtor's bank records- Case ID SB599693-11 | 2990-000 | | 154.79 | 54,036.68 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 88.32 | 53,948.36 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.59 | 53,870.77 |
| 02/11/2015 | 103 | Arthur B. Levine Company | Surety bond premium #10BSBGR6291 | 2300-000 | | 173.16 | 53,697.61 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.28 | 53,625.33 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.27 | 53,543.06 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.01 | 53,466.05 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.33 | 53,391.72 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.91 | 53,309.81 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 79.23 | 53,230.58 |
| 08/03/2015 | 104 | ILLINOIS DEPARTMENT OF REVENUE | Estate income tax liability for YE 12/14 EIN: 51-0645154 | 2820-000 | | 578.00 | 52,652.58 |

*{} Asset Reference(s)*      **UST Form 101-7-TDR ( 10 /1/2010)**      *! - transaction has not been cleared*

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 08/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.40 | 52,579.18 |
| 09/09/2015 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided on 09/09/2015 | | | 62.46 | 52,516.72 |
| 09/09/2015 | 105 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided: check issued on 09/09/2015 | | | -62.46 | 52,579.18 |
| 09/10/2015 | 106 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided on 09/10/2015 | 2820-000 | | 62.46 | 52,516.72 |
| 09/10/2015 | 106 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 Voided: check issued on 09/10/2015 | 2820-000 | | -62.46 | 52,579.18 |
| 09/10/2015 | 107 | ILLINOIS DEPARTMENT OF REVENUE | Late payment penalty and interest-2014 51-0645154 | 2820-000 | | 62.46 | 52,516.72 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 80.63 | 52,436.09 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.42 | 52,360.67 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.80 | 52,287.87 |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 4

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 08/07/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) | |
| **Bank Name:** | Rabobank, N.A. | |
| **Account #:** | ******6966 Checking Account | |
| **Blanket Bond (per case limit):** | $5,000,000.00 | |
| **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.73 | 52,205.14 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.39 | 52,132.75 |
| 02/17/2016 | 108 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided on 02/17/2016 | 2300-000 | | 48.90 | 52,083.85 |
| 02/17/2016 | 108 | ADAMS-LEVINE | Bond Premium #10BSBGR6291 Voided: check issued on 02/17/2016 | 2300-000 | | -48.90 | 52,132.75 |
| 02/17/2016 | 109 | ARTHUR B. LEVINE COMPANY | Bond Premium #10BSBGR6291 | 2300-000 | | 48.90 | 52,083.85 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.28 | 52,011.57 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 82.07 | 51,929.50 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 72.00 | 51,857.50 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.90 | 51,785.60 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.71 | 51,703.89 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.69 | 51,632.20 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 81.46 | 51,550.74 |

{} Asset Reference(s)          **UST Form 101-7-TDR ( 10 /1/2010)**                    ! - transaction has not been cleared

Exhibit 9
Page:  5

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 08/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.94 | 51,476.80 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 71.37 | 51,405.43 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.65 | 51,326.78 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 73.62 | 51,253.16 |
| 01/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 78.62 | 51,174.54 |
| 02/06/2017 | 110 | INTERNATIONAL SURETIES, LTD. | Bond Number 016073584 | 2300-000 | | 16.08 | 51,158.46 |
| 02/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.68 | 51,089.78 |
| 03/28/2017 | 111 | Popowcer Katten, Ltd. | Accounting Services per o/c 3-16-17 | 3410-000 | | 1,887.00 | 49,202.78 |
| 03/28/2017 | 112 | Kutchins, Robbins & Diamond, Ltd. | Accounting Services per o/c 3-16-17 | 3410-000 | | 535.50 | 48,667.28 |
| 03/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 75.93 | 48,591.35 |
| 04/28/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 65.63 | 48,525.72 |
| 05/31/2017 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 76.77 | 48,448.95 |

*{} Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has been cleared*

Exhibit 9
Page: 6

## Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-23086 | |
| **Case Name:** | HANOVER COMPANIES, LLC | |
| **Taxpayer ID #:** | **-***5154 | |
| **For Period Ending:** | 08/07/2017 | |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/12/2017 | 113 | Shaw Fishman Glantz & Towbin LLC | Combined dividend payments for Claim #A, B | | | 44,361.51 | 4,087.44 |
| | | | Claims Distribution - Tue, 06-13-2017 <br> $39,171.38 | 3110-000 | | | 4,087.44 |
| | | | Claims Distribution - Tue, 06-13-2017 <br> $5,190.13 | 3120-000 | | | 4,087.44 |
| 07/12/2017 | 114 | Kutchins, Robbins & Diamond, Ltd. | Distribution payment - Dividend paid at 60.14% of $816.00; Claim # C; Filed: $816.00 | 3410-000 | | 490.73 | 3,596.71 |
| 07/12/2017 | 115 | Richard M. Fogel | Combined dividend payments for Claim #FEE, TE | | | 3,596.71 | 0.00 |
| | | | Claims Distribution - Tue, 06-13-2017 <br> $3,590.67 | 2100-000 | | | 0.00 |
| | | | Claims Distribution - Tue, 06-13-2017 <br> $6.04 | 2200-000 | | | 0.00 |

{} Asset Reference(s)      **UST Form 101-7-TDR ( 10 /1/2010)**                                                              ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-23086 |
| **Case Name:** | HANOVER COMPANIES, LLC |
| **Taxpayer ID #:** | **-***5154 |
| **For Period Ending:** | 08/07/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | **COLUMN TOTALS** | | | 54,411.78 | 54,411.78 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 54,411.78 | 54,411.78 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$54,411.78** | **$54,411.78** | |

Exhibit 9
Page:  8

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 14-23086 | **Trustee Name:** | Richard M. Fogel (330720) |
| **Case Name:** | HANOVER COMPANIES, LLC | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5154 | **Account #:** | ******6966 Checking Account |
| **For Period Ending:** | 08/07/2017 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******6966 Checking Account | $54,411.78 | $54,411.78 | $0.00 |
| | **$54,411.78** | **$54,411.78** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**